The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATERFORD TOWNSHIP GENERAL
EMPLOYEES RETIREMENT SYSTEM, on
Behalf of Itself and all Others Similarly
Situated,

      Plaintiff,

      v.

MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL HSING, and BERNIE BLEGEN,

      Defendants.

NO.    C25-0220-SKV

**STIPULATED MOTION AND
~~PROPOSED~~ ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND
TO COMPLAINT**

NOTE ON MOTION CALENDAR:
March 4, 2025

## I.    STIPULATION

Plaintiff Waterford Township General Employees Retirement System ("Plaintiff") and

Defendants Monolithic Power Systems, Inc. ("MPS"), Michael Hsing, and Bernie Blegen

(collectively, "Defendants," and, together with Plaintiff, the "Parties"), through their counsel of

record, stipulate and agree as follows:

1.    On February 4, 2025, Plaintiff filed a putative class action Complaint for

Violations of the Federal Securities Laws ("Complaint") (ECF 1), which was assigned to the

Hon. S. Kate Vaughan on February 6, 2025;

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND TO
COMPLAINT - 1
No. C25-0220-SKV

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

2. On February 12, 2025, Plaintiff served MPS with the Summons and Complaint;

3. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the current deadline for MPS to answer, move to dismiss, or otherwise respond to the Complaint is March 5, 2025;

4. Defendants Michael Hsing and Bernie Blegen have agreed to waive service of the Summons and Complaint;

5. The Complaint alleges claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, which are subject to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including those set forth in 15 U.S.C. § 78u-4;

6. The Parties anticipate that a lead plaintiff and lead counsel will be appointed by the Court under the PSLRA, that a consolidated or amended complaint will be filed thereafter, and that Defendants will file a motion to dismiss;

7. In accordance with the PSLRA at 15 U.S. Code § 78u–4(b)(3), discovery shall be stayed in this action pending the Court's ruling on Defendants' anticipated motion to dismiss; and

8. The Parties are agreed that it will save judicial and party resources to defer the deadline for Defendants to answer, move to dismiss, or otherwise respond to the Complaint until after this Court has appointed a lead plaintiff and approved lead counsel.

9. *Subject to the Court's approval*, the Parties are further agreed that:

(a) All Defendants need not answer, move to dismiss, or otherwise respond to the Complaint filed in this action, except to the extent set forth in paragraph 9(b); and

(b) Within 10 days of the entry of an order appointing a lead plaintiff and approving lead counsel under the PSLRA, the Parties shall propose a schedule to the Court for the filing of a consolidated or amended complaint and for the briefing of Defendants' anticipated motion to dismiss.

10. In submitting this Stipulation, Plaintiff and Defendants do not waive any of their rights or positions in law or in equity, and Defendants do not waive any objection or defense they may raise except as to sufficiency of service of process.

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND TO
COMPLAINT - 2
No. C25-0220-SKV

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: March 4, 2025.

**KELLER ROHRBACK, L.L.P.**

By      *s/ Juli E. Farris [email authorization]*
        Juli E. Farris, WSBA #17593
        Derek W. Loeser, WSBA #24274
        1201 Third Avenue, Suite 3400
        Seattle, WA 98101
        Telephone: 206.623.1900
        Email:  jfarris@kellerrohrback.com
        Email:  dloeser@kellerrohrback.com

        **ROBBINS GELLER RUDMAN & DOWD**
        Samuel H. Rudman (*pro hac vice*)
        58 South Service Road, Suite 200
        Melville, NY  11747
        Telephone:  631.367.7100
        Email: srudman@rgrdlaw.com

        **ROBBINS GELLER RUDMAN & DOWD**
        Brian E. Cochran (*pro hac vice*)
        Francisco J. Meijia (*pro hac vice*)
        655 West Broadway, Suite 1900
        San Diego, CA  92101-8498
        Telephone:  619.231.1058
        Email  bcochran@rgrdlaw.com
        Email: jmejia@rgrdlaw.com

        **ASHERKELLY**
        Cynthia J. Billings-Dunn (*pro hac vice*)
        25800 Northwestern Highway, Suite 1100
        Southfield, MI  48075
        Telephone:  248/746-2710
        Email:  cbdunn@asherkellylaw.com

*Attorneys for Plaintiff*

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND TO
COMPLAINT - 3
No. C25-0220-SKV

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**FENNEMORE CRAIG, P.C.**

By        *s/ Stephen C. Willey*
          Stephen C. Willey, WSBA #24499
          1425 Fourth Avenue Suite 800
          Seattle, Washington  98101-2272
          Telephone:  206.749.0500
          Email:  swilley@fennemorelaw.com

          **JONES DAY**
          John C. Tang (*pro hac vice* forthcoming)
          Dennis F. Murphy, Jr. (*pro hac vice* forthcoming)
          555 California Street, 26th Floor
          San Francisco, CA 94104
          Telephone: 415.626.3939
          Email:  jctang@jonesday.com
          Email: dennismurphy@jonesday.com

*Attorneys for Defendants*

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND TO
COMPLAINT - 4
No. C25-0220-SKV

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## II.    ORDER

In light of the above stipulation by the Parties:

1.      All Defendants need not answer, move to dismiss, or otherwise respond to the Complaint filed in this action, except to the extent set forth in paragraph 2 below; and

2.      Within ten (10) days of the entry of an order appointing a lead plaintiff and approving lead counsel under the PSLRA, the Parties shall propose a schedule to the Court for the filing of a consolidated or amended complaint and for the briefing of Defendants' anticipated motion to dismiss.

**IT IS SO ORDERED**.

**DATED** this 5th day of March, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

.

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND TO
COMPLAINT - 5
No. C25-0220-SKV

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the forgoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 4, 2025.

_____
Gabriella Castillo

CERTIFICATE OF SERVICE
No. 25-cv-220-SKV

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500