THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MONOLITHIC POWER SYSTEMS, INC., et al., <br><br> Defendants. | No. 2:25-cv-00220-JLR <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF JULI E. FARRIS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL <br><br> NOTE ON MOTION CALENDAR: APRIL 28, 2025 |

DECLARATION OF JULI E. FARRIS IN
SUPPORT OF MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL
(2:25-cv-00220-JLR)
4927-7570-0019.v1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400, Seattle, WA  98101-3052
Telephone: 206/623-1900

I, JULI E. FARRIS, declare as follows:

1.     I am an attorney duly licensed to practice before the courts of the State of Washington and this Court.  I am a member of the law firm of Keller Rohrback L.L.P., liaison counsel for proposed lead plaintiff Waterford Township General Employees Retirement System (the "Retirement System") in the above-captioned securities class action.  I make this declaration in support of the Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of class action published in *Globe Newswire* a national business-oriented wire service, on February 4, 2025;

Exhibit B:     The Retirement System's Sworn Certification; and

Exhibit C:     Chart of the Retirement System's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of April, 2025, at Seattle, Washington.

*s/ Juli E. Farris*
Juli E. Farris, WSBA 17593
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Tel: 206/623-1900
jfarris@kellerrohrback.com

DECLARATION OF JULI E. FARRIS IN
SUPPORT OF MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL
(2:25-cv-00220-JLR)
4927-7570-0019.v1

- 1 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400, Seattle, WA  98101-3052
Telephone: 206/623-1900