The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATERFORD TOWNSHIP GENERAL
EMPLOYEES RETIREMENT SYSTEM, on
Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL HSING, and BERNIE BLEGIN,

Defendants.

Case No. 2:25-cv-00220-JLR

[PROPOSED] ORDER GRANTING
MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL
OF LEAD COUNSEL

**WHEREAS** the Court has considered the competing motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby appoints Mirko Dardi as Lead Plaintiff in the above captioned action (the "Action");

2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court hereby approves and appoints Mirko Dardis' selection of Block & Leviton LLP as Lead Counsel and Tousley Brain Stephens PLLC as Liason Counsel; and

[PROPOSED] ORDER GRANTING MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL - 1

3. As Lead Counsel, Block & Leviton LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    a.  the briefing and argument of any and all motions;

    b.  the preparation and filing of all pleadings;

    c.  the conduct of any and all discovery proceedings;

    d.  settlement negotiations with counsel for Defendants;

    e.  the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

    f.  the supervision of all other matters concerning this prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/*Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
**TOUSLEY BRAIN STEPHENS PLLC**
kstephens@tousley.com
rsolomon@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600/Fax: 206.682.2992

[PROPOSED] ORDER GRANTING MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL - 2

Jeffrey C. Block (pro hac vice forthcoming)
Jacob A. Walker (pro hac vice forthcoming`)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
jeff@blockleviton.com
 jake@blockleviton.com

***Attorneys for Mirko Dardi and Proposed Lead Counsel for the Class***

[PROPOSED] ORDER GRANTING MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL - 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 ● FAX 206.682.2992