The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATERFORD TOWNSHIP GENERAL
EMPLOYEES RETIREMENT SYSTEM, on
Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL HSING, and BERNIE BLEGIN,

Defendants.

Case No. 2:25-cv-00220-JLR

DECLARATION OF JEFFREY C.
BLOCK IN SUPPORT OF MOTION
OF MIRKO DARDI FOR
APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF
LEAD COUNSEL

I, Jeffrey C. Block, declare as follows:

1.  I am a partner at the law firm of Block & Leviton LLP ("Block & Leviton"), counsel for the proposed lead plaintiff Mirko Dardi ("Mr. Dardi") in the above-captioned action. I submit this declaration in support of the Mr. Dardi's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Block & Leviton as Lead Counsel and Tousley Brain Stephens PLLC ("Tousley Brain Stephens") as Liaison Counsel for the Class.

2.  Attached are true and correct copies of the following exhibits:

**Exhibit A:** Notice of pendency of class action published by the law firm of Robbins Geller Rudman & Dowd LLP through GlobeNewswire on February 4, 2025;

DECL. OF JEFFREY C. BLOCK ISO MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL  - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

**Exhibit B:** Certification of Mr. Dardi;

**Exhibit C:** Mr. Dardi's loss estimate, prepared by counsel;

**Exhibit D:** Declaration of Mr. Dardi;

**Exhibit E:** Assignment of all claims arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Monolithic Power Systems, Inc. from Cook Islands Trust Limited to Mr. Dardi;

**Exhibit F:** Block & Leviton firm résumé;

**Exhibit G:** Tousley Brain Stephens firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2025 in Boston, Massachusetts.

/s/ Jeffrey C. Block
Jeffrey C. Block

DECL. OF JEFFREY C. BLOCK ISO MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL  - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992