# Exhibit A



NEWSROOM    SERVICES    CONTACT US    ENGLISH ⌄    SIGN IN    REGISTER



ATTORNEY ADVERTISEMENT

# MPWR INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Monolithic Power Systems, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead the Monolithic Power Systems Class Action Lawsuit

February 04, 2025   | Source: **Robbins Geller Rudman & Dowd LLP**   **Follow**
21:15 ET

---

## Company Profile

**Robbins Geller Rudman & Dowd LLP**

**Industry:** Consumer Services

**Website:** https://www.rgrdlaw.com/

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**Share**

f

in

reddit

✉

⊞

SAN DIEGO, Feb. 04, 2025 (GLOBE NEWSWIRE) -- **Robbins Geller Rudman & Dowd LLP** announces that purchasers of Monolithic Power Systems, Inc. (NASDAQ: MPWR) common stock between February 8, 2024 and November 8, 2024, inclusive (the "Class Period"), have until April 7, 2025 to seek appointment as lead plaintiff of the *Monolithic Power Systems* class action lawsuit. Captioned *Waterford Township General Employees Retirement System v. Monolithic Power Systems, Inc.*, No. 25-cv-00220 (W.D. Wash.), the *Monolithic Power Systems* class action lawsuit charges Monolithic Power Systems and certain of Monolithic Power Systems' top executive officers with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *Monolithic Power Systems* class action lawsuit, please provide your information here:**



NEWSROOM          SERVICES          CONTACT US                                    SIGN IN          REGISTER

You can also contact attorneys **J.C. Sanchez** or **Jennifer N. Caringal** of Robbins Geller by calling 800/449-4900 or via e-mail at **info@rgrdlaw.com**.

**CASE ALLEGATIONS**: Monolithic Power Systems is a provider of power management components used in electronic systems. Nvidia Corporation – the world's leading supplier of GPUs – is Monolithic Power Systems' largest customer.

The *Monolithic Power Systems* class action lawsuit alleges that defendants throughout the class period made false and/or misleading statements and/or failed to disclose that: (i) Monolithic Power Systems' voltage regulator modules and power management integrated circuits were suffering from significant performance and quality control issues; (ii) these defects had, in turn, negatively impacted the performance of certain products offered by Nvidia in which such products were used; (iii) Monolithic Power Systems had failed to adequately address and resolve known issues affecting the performance of the power management solutions Monolithic Power Systems supplied to Nvidia; (iv) Monolithic Power Systems' relationship with Nvidia had been irreparably damaged due to the significant performance and quality control problems affecting the products it supplied to Nvidia and Monolithic Power Systems' failure to adequately address such issues; and (v) as a result of the above, Monolithic Power Systems was acutely exposed to material undisclosed risks of significant business, financial, and reputational harm.

On October 30, 2024, Monolithic Power Systems announced financial results for its fiscal quarter ending September 30, 2024, revealing a sudden and surprising slowdown in Monolithic Power Systems' critical Enterprise Data segment. Specifically, Monolithic Power Systems reported that quarterly revenue within Monolithic Power Systems' Enterprise Data business declined sequentially to $184 million, down from $187 million in the prior quarter, missing consensus estimates of $211 million by nearly 13%. On this news, the price of Monolithic Power Systems common stock fell more than 17%.



NEWSROOM     SERVICES     CONTACT US          SIGN IN     REGISTER

to eliminate Monolithic Power Systems' allocation to most variants of its next-generation Blackwell chips due to "[p]erformance issues" with Monolithic Power Systems' products. The report further disclosed that Nvidia engineers had "lost confidence" in Monolithic Power Systems' products and decided to turn to Monolithic Power Systems' competitors as Nvidia's "primary suppliers." On this news, the price of Monolithic Power Systems common stock fell nearly 15%.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Monolithic Power Systems common stock during the Class Period to seek appointment as lead plaintiff in the *Monolithic Power Systems* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Monolithic Power Systems* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Monolithic Power Systems* class action lawsuit. An investor's ability to share in any potential future recovery of the *Monolithic Power Systems* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud cases. Our Firm has been #1 in the ISS Securities Class Action Services rankings for six out of the last ten years for securing the most monetary relief for investors. We recovered $6.6 billion for investors in securities-related class action cases – over $2.2 billion more than any other law firm in the last four years. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world and the Firm's attorneys have obtained many of the largest securities class



[https://www.rgrdlaw.com/services-litigation-securities-fraud.html](https://www.rgrdlaw.com/services-litigation-securities-fraud.html)

Past results do not guarantee future outcomes.

Services may be performed by attorneys in any of our offices.

Contact:

Robbins Geller Rudman & Dowd LLP

J.C. Sanchez, Jennifer N. Caringal

655 W. Broadway, Suite 1900, San Diego, CA 92101

800-449-4900

[info@rgrdlaw.com](mailto:info@rgrdlaw.com)

---

**Tags**

Class Action

# Recommended Reading

March 24, 2025 04:45 ET

Source: Robbins Geller Rudman & Dowd LLP

**MRVI INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Announces that Maravai LifeSciences Holdings, Inc. Investors with Substantial Losses...**

SAN DIEGO, March 24, 2025 (GLOBE NEWSWIRE) -- Robbins Geller Rudman & Dowd LLP announces that purchasers or acquirers of Maravai LifeSciences Holdings, Inc. (NASDAQ: MRVI) securities between...

March 23, 2025 13:15 ET

Source: Robbins Geller Rudman & Dowd LLP

**SMTC INVESTOR DEADLINE: Robbins Geller Rudman & Dowd LLP Announces that Semtech Corporation Investors with Substantial Losses Have...**

SAN DIEGO, March 23, 2025 (GLOBE NEWSWIRE) -- The law firm of Robbins Geller Rudman & Dowd LLP announces that purchasers or acquirers of Semtech Corporation (NASDAQ: SMTC) securities between...