# Exhibit B

**CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

I, Mirko Dardi, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

1. I have irrevocably been assigned title to and interest in any and all claims, demands, and causes of action of any kind whatsoever which the Dart Trust ("Trust") has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Monolithic Power Systems, Inc. by Cook Islands Trust Limited, Trustee of the Trust ("Trustee") (attached as "Exhibit E").

2. I have reviewed a Complaint against Monolithic Power Systems, Inc. ("Monolithic" or the "Company") and authorize the filing of a comparable complaint.

3. Neither I nor the Trustee, on behalf of the Trust, transacted in Monolithic securities at the direction of plaintiff's counsel or to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired Monolithic securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Exhibit C is a list of all the Trust's transactions in Monolithic securities during the Class Period, as specified in the Complaint.

6. I moved on behalf of the Trust to be appointed Lead Plaintiff in a class action under federal securities laws in *Davoodi v. Zeta Global Holdings Corp. et al.,* No. 1:24-cv-08961-DEH (S.D.N.Y. January 1, 2025), ECF No. 30. The Court denied the motion on February 26, 2025. *Id.,* ECF No. 71. In the three years preceding this case, neither I nor any other representative of the Trust has sought to serve on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __03/28/2025_____

_____
Mirko Dardi

**Exhibit C**

Transactions in Monolithic Power Systems, Inc. (MPWR):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 10/21/2024 | Buy | 1 | $908.0000 |
| Common Stock | 10/31/2024 | Buy | 500 | $826.3200 |
| Common Stock | 10/31/2024 | Buy | 500 | $797.8360 |
| Common Stock | 10/31/2024 | Buy | 500 | $764.9769 |