# Exhibit C

# Monolithic Power Systems, Inc.
## Loss Estimate

| Date | Transaction | Shares | Price Per Share | | Total |
|---|---|---|---|---|---|
| 10/21/24 | Buy | 1 | $ | 908.00 | $ 908.00 |
| 10/31/24 | Buy | 500 | $ | 826.32 | $ 413,160.00 |
| 10/31/24 | Buy | 500 | $ | 797.84 | $ 398,918.00 |
| 10/31/24 | Buy | 500 | $ | 764.98 | $ 382,488.45 |
| **Total** | | 1501 | $ | 796.45 | $ 1,195,474.45 |
| 90 Day Lookback (11/8/24-2/6/25) | | 1501 | $ | 609.88 | $ 915,429.88 |
| **Estimated Losses** | | | | | **$ (280,044.57)** |