# Exhibit D

**DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Mirko Dardi, declare under penalty of perjury of the laws of the United States of America as follows:

1. I respectfully submit this declaration in support of my motion for appointment as Lead Plaintiff and approval of my selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel and Tousley Brain Stephens PLLC ("Tousley Brain Stephens") as Local Counsel in this action. I have personal knowledge of the information in this declaration.

2. I am 74 years old and an Italian citizen who resides in Antipolo, Philippines.

3. I am the settlor, protector, and investment manager of the Dart Trust ("Trust"). The Trustee of the Trust is Cook Islands Trust Limited, Trustee of the Trust ("Trustee"). The Trust is registered under the Cook Islands International Trusts Act 1984. I oversee the Trust's investment decisions, am responsible for appointing and removing the Trustee of the Trust, and exercise veto power over the Trustee's decisions. My wife, Annabyth Torrevillas, is the beneficiary of the Trust. Upon my death, 40% of the Trust's assets will be distributed to my wife, Annabyth and the remaining 60% will be distributed to my children Stefano Dardi, Andrea Dardi, and Sara Dardi.

4. I graduated *cum laude* from Milan State University in 1973 with a degree in Political Sciences.

5. I have been retired since 2009.

6. From 1987 to 1996, I collaborated with a private equity group, serving as CEO for acquired companies. In addition to my leadership role, I also invested my own capital alongside passive partners. During this time, I successfully led the turnaround of the renowned Italian fashion company Borsalino and managed the acquisition and subsequent sale of a Milan-based car-washing machine company to a German group. I have also worked as a Planning and Control Manager in the International Division of Telecom Italia, the leading Italian telecom provider at the time. I have spent many years investing in capital markets.

7. The Certification submitted with my motion accurately reflects the Trust's transactions in Monolithic Power Systems, Inc. ("Monolithic") common stock between February 8, 2024 and November 8, 2024.

8. The Assignment submitted with my motion irrevocably assigns and transfers to me all claims, demands, and causes of action of any kind whatsoever which the Trust has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Monolithic Power Systems, Inc.

9. After a thorough consultation, and after considering the merits of this action, I retained Block & Leviton to act as attorney and to seek the status of Lead Plaintiff in this lawsuit. I conferred with Block & Leviton regarding the merits of the claims against Monolithic, and I decided to seek appointment as Lead Plaintiff and selected Block & Leviton as counsel for myself in light of its significant experience and success achieving substantial recoveries in securities class actions.

10. I am prepared to fulfill the responsibilities and requirements of being a Lead Plaintiff in a securities fraud class action. I understand that the Lead Plaintiff is responsible for overseeing Lead Counsel, ensuring the efficient and vigorous representation of the class, ensuring that the resulting fees are fair and reasonable, and maximizing recovery for the class. I believe that my experience, knowledge, and sophistication will enable me to vigorously represent the interests of the proposed Class.

11. I understand that I could have chosen to take no action and remain an absent class member. However, due to my large financial losses and desire to actively oversee this litigation, I affirmatively decided that it would benefit me and the Class if I sought appointment as Lead Plaintiff.

12. I am committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary. I understand that if appointed, I owe a fiduciary duty to all members of the Class to provide fair and adequate

representation, and to work with Lead Counsel to obtain the largest possible recovery for the Class consistent with good faith and vigorous advocacy.

13. I have frequently communicated with my counsel regarding my seeking appointment as Lead Plaintiff in this action and will continue to regularly communicate with counsel to oversee the prosecution of this litigation, including receiving regular reports and updates regarding the prosecution of the case, discussing case strategy and, if applicable, any communications regarding resolution of the action.

14. I understand that, as Lead Plaintiff in this action, I will be subject to the jurisdiction of the Court and will be bound by the rulings of the Court, including rulings regarding any judgments. I understand that as Lead Plaintiff, the I will be responsible for directing the activities of my counsel for the duration of the litigation, and that my counsel shall

   a. Determine and present the position of Lead Plaintiff on all matters that may arise during the litigation;

   b. Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for the production of documents and the examination of witnesses at depositions;

   c. Conduct settlement negotiations on behalf of the Lead Plaintiff;

   d. Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

   e. Retain expert consultants and witnesses;

   f. Prepare and distribute periodic status reports to the Lead Plaintiff;

   g. Maintain adequate time and disbursement records covering services as Lead Counsel; and

   h. Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____03/28/2025_____

_____

Mirko Dardi