# Exhibit E

Case 2:25-cv-00220-JLR    Document 26-5    Filed 04/07/25    Page 1 of 2

## ASSIGNMENT

Fronzuance Tiseli, as authorized individual on behalf of Cook Islands Trust Limited, Trustee of the Dart Trust ("Assignor"), in its capacity as legal representative of the Dart Trust, hereby irrevocably assigns, transfers, and sets over to Mirko Dardi, the Dart Trust's Protector and Settlor, title to, ownership of, and all rights, title and interest of the Dart Trust, in any and all claims, demands, and causes of action of any kind whatsoever which the Dart Trust has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Monolithic Power Systems, Inc. Further, the Assignor hereby appoints Mirko Dardi as the Dart Trust's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Mirko Dardi agrees to remit any proceeds received as a result of this Assignment to the Dart Trust.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Mirko Dardi.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed**  19th March 2025
                      **(Date)**


_____
                      **(Signature)**

Fronzuance Tiseli
                      **(Type or Print Name)**

Authorised signatory
                      **(Title)**

**On behalf of Cook Islands Trust Limited, Trustee of the Dart Trust**