The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATERFORD TOWNSHIP GENERAL
EMPLOYEES RETIREMENT SYSTEM, on
Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL HSING, and BERNIE BLEGIN,

Defendants.

Case No. 2:25-cv-00220-JLR

DECLARATION OF JEFFREY C.
BLOCK IN SUPPORT OF REPLY OF
MOTION OF MIRKO DARDI FOR
APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF
SELECTION OF COUNSEL

I, Jeffrey C. Block, declare as follows:

1. I am a partner at the law firm of Block & Leviton LLP, counsel for the proposed lead plaintiff Mirko Dardi ("Mr. Dardi") in the above-captioned action. I submit this declaration in support of the Mr. Dardi's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Block & Leviton as Lead Counsel and Tousley Brain Stephens PLLC ("Tousley Brain Stephens") as Liaison Counsel for the Class.

2. Attached are true and correct copies of the following exhibits:

DECLARATION OF JEFFREY C. BLOCK ISO
REPLY OF MIRKO DARDI FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF
COUNSEL - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**Exhibit A:** The power of attorney obtained from the Dart Trust by Mirko Dardi, submitted in support of his motion for lead plaintiff in *Davoodi v. Zeta Global Holdings Corp.*, No. 1:24-cv-08961-DEH) (S.D.N.Y.);

**Exhibit B:** The Cook Islands International Trust Act of 1984;

**Exhibit C:** A signed declaration from Fronzuance Tiseli, authorized representative of Cook Islands Trust Limited, Trustee of the Dart Trust, attesting that the assignment and transfer of legal claims is within the scope of the Trustee's authority under the Trust Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2025 in Boston, Massachusetts

/s/ Jeffrey C. Block
Jeffrey C. Block

DECLARATION OF JEFFREY C. BLOCK ISO
REPLY OF MIRKO DARDI FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF
COUNSEL - 2