# Exhibit A

# <u>LIMITED POWER OF ATTORNEY</u>

The undersigned, Fronzuance Tiseli as authorized individual, on behalf of Cook Islands Trust Limited, Trustee for the Dart Trust ("Dart Trust"), the beneficial owner of 35,000 shares of common stock of Zeta Global Holdings Corp (the "Company"), is authorized and empowered to, and does hereby make, constitute, and appoint Mirko Dardi as the Dart Trust's true and lawful agent to: (i) hire the law firm of Block & Leviton LLP, and the partners, associates, and employees, or other persons designated by it, acting singly or in combination, to represent the Dart Trust in securities fraud litigation against the Company, and (ii) litigate securities fraud claims against the Company, including by requesting appointment as lead plaintiff in securities fraud litigation against the Company, and if appointed, performing the duties of the lead plaintiff as ordered by the Court.

Executed this 19th day of December 2024.

_____
Fronzuance Tiseli, as authorized signatory
for Cook Islands Trust Ltd, Trustee of Dart Trust