# Exhibit C

## <u>DECLARATION</u>

I, Fronzuance Tiseli, in my capacity as an authorized representative of Cook Islands Trust Limited, Trustee of the Dart Trust, hereby declare that, pursuant to Article 6.1 of the Dart Trust Agreement, the Trustee is empowered, subject to the veto power of the Protector, to delegate any or all of the its powers, duties, functions or discretions and may engage or employ professional or skilled persons to act in relation to any of the affairs of the Trust. I further affirm that this power of delegation as provided under Article 6.1 of the Dart Trust Agreement extends to the assignment and transfer of legal claims. Accordingly, the assignment and transfer of such legal claims by the Trustee on behalf of the Dart Trust to Mirko Dardi, executed on March 19, 2025, was made within the scope of the Trustee's authority under the Trust Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on 28th April 2025**

_____
**(Signature)**

Fronzuance Tiseli
_____
**(Type or Print Name)**

Authorised signatory
_____
**(Title)**

**On behalf of Cook Islands Trust Limited, Trustee of the Dart Trust**