UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM,<br><br>              Plaintiff,<br>   v.<br><br>MONOLITHIC POWER SYSTEMS, INC., et al.,<br><br>             Defendants. | CASE NO. C25-0220JLR<br><br>ORDER |

Before the court are competing motions for appointment as lead plaintiff and approval of lead counsel filed by Waterford Township General Employees Retirement System ("Waterford") (Waterford Mot. (Dkt. # 22); Waterford Reply (Dkt. # 29)) and Mirko Dardi (Dardi Mot. (Dkt. # 25); Dardi Reply (Dkt. # 30)). Each movant opposes the other's motion. (Waterford Resp. (Dkt. # 28), Dardi Resp. (Dkt. # 27).) The court ORDERS the parties to submit supplemental briefing as follows. Waterford shall file a

ORDER - 1

supplemental brief addressing the arguments made in Mr. Dardi's reply in support of his motion for appointment as lead plaintiff and approval of lead counsel, not to exceed 2,100 words in length, by no later than **June 13, 2025**. Mr. Dardi may file a supplemental brief in response to Waterford's supplemental brief, not to exceed 2,100 words in length, by no later than **June 20, 2025**. The Clerk is DIRECTED to renote both motions for appointment as lead plaintiff and approval of lead counsel (Dkt. ## 22, 25) for **June 20, 2025**.

Dated this 5th day of June, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2