The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., MICHAEL HSING, and BERNIE BLEGIN,<br><br>Defendants. | Case No. 2:25-cv-00220-JLR<br><br>[~~PROPOSED~~] ORDER TO SET CERTAIN CASE DEADLINES<br><br>NOTING DATE: SEPTEMBER 3, 2025 |

Pursuant to the Joint Status Report and Stipulation to Set Certain Case Deadlines filed by Lead Plaintiff Mirko Dardi and Defendants Monolithic Power Systems, Inc., Michael Hsing, and Bernie Blegin ("Defendants," and with Lead Plaintiff the "Parties"), and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Lead Plaintiff shall file a consolidated complaint on or before November 12, 2025;

2. Defendants shall answer, move, or otherwise respond to the consolidated complaint on or before January 13, 2026;

3. If Defendants move to dismiss the consolidated complaint:

[~~PROPOSED~~] ORDER TO SET CERTAIN CASE DEADLINES
No. 2:25-cv-00220-JLR - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

a. Lead Plaintiff shall file any opposition to such motion on or before February 10, 2026;

b. Defendants shall file any reply in further support of such motion on or before March 3, 2026; and

c. If applicable, within 10 days of the Court's issuing an order adjudicating such motion, the Parties will confer and propose a schedule for remaining applicable pretrial dates, including any filing of a motion for class certification.

**IT IS SO ORDERED.**

Dated: September 3, 2025

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
kstephens@tousley.com
Rebecca L. Solomon, WSBA #51520
rsolomon@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600/Fax: 206.682.2992

*Liaison Counsel*

[PROPOSED] ORDER TO SET CERTAIN CASE DEADLINES
No. 2:25-cv-00220-JLR - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

BLOCK & LEVITON LLP

By: */s/ Jeffrey C. Block*
Jeffrey C. Block (*pro hac vice* forthcoming)
Jacob A. Walker (*pro hac vice* forthcoming)
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

***Lead Counsel and Counsel to Lead Plaintiff***

FENNEMORE CRAIG, P.C.

By: */s/ Stephen C. Willey*
Stephen C. Willey, WSBA #24499
999 Third Avenue, Suite 600
Seattle, Washington 98104
206.749.0500 (phone)
swilley@fennemorelaw.com

JONES DAY

By: */s/ John C. Tang*
John C. Tang (admitted *pro hac vice*)
Dennis F. Murphy, Jr. (admitted *pro hac vice*)
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939 (phone)
JCTang@jonesday.com
dennismurphy@jonesday.com

***Counsel for Defendants***

[~~PROPOSED~~] ORDER TO SET CERTAIN CASE DEADLINES
No. 2:25-cv-00220-JLR - 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992