THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>MONOLITHIC POWER SYSTEMS, INC., et al.,<br><br>                    Defendants. | No. 2:25-cv-00220-JLR<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Waterford Township General Employees Retirement System hereby voluntarily dismisses its claims without prejudice to its ability to participate in this action as an absent class member. The class's interests will continue to be represented by Court-appointed Lead Plaintiff and Lead Counsel

DATED: November 21, 2025

KELLER ROHRBACK L.L.P.

JULI E. FARRIS (WSBA #17593)
DEREK W. LOESER (WSBA #24274)
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: 206/623-1900
jfarris@kellerrohrback.com
dloeser@kellerrohrback.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN (admitted *pro hac vice*)
FRANCISCO J. MEJIA (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
bcochran@rgrdlaw.com
fmejia@rgrdlaw.com

ASHERKELLY
CYNTHIA J. BILLINGS-DUNN (admitted *pro hac vice*)
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
cbdunn@asherkellylaw.com

Attorneys for Waterford Township General Employees Retirement System

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26