The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MONOLITHIC POWER SYSTEMS, INC., MICHAEL HSING, and BERNIE BLEGEN, <br><br> Defendants. | Case No. 2:25-cv-00220-JLR <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT |

[PROPOSED] ORDER GRANTING
DEFS.' REQUEST FOR JUDICIAL
NOTICE AND NOTICE OF
INCORPORATION BY
REFERENCE (2:25-cv-00220-JLR)

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500

Defendants Monolithic Power Systems, Inc., Michael Hsing, and T. Bernie Blegen filed a Request for Judicial Notice and Notice of Incorporation by Reference in support of their Motion to Dismiss the First Amended Complaint in the above-captioned action.  After full consideration of the papers submitted and arguments of counsel, if any, as well as all other matters presented to the Court,

IT IS HEREBY ORDERED as follows:

In ruling on Defendants' Motion to Dismiss the First Amended Complaint, the Court shall consider Exhibits 1–21 to the Declaration of Marjorie P. Duffy in support of Defendants' Motion to be incorporated by reference into the First Amended Complaint.  Because Exhibits 1–21 are also judicially noticeable pursuant to Fed. R. Evid. 201, the Court shall take judicial notice of the Exhibits 1–21 when ruling on Defendants' Motion to Dismiss the First Amended Complaint.

Dated this _____ day of _____ 202__.


_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

//

//

//

//

//

//

//

[PROPOSED] ORDER GRANTING
DEFS.' REQUEST FOR JUDICIAL
NOTICE AND NOTICE OF
INCORPORATION BY
REFERENCE (2:25-cv-00220-JLR)

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500

Presented by:

FENNEMORE CRAIG P.C.

*s/ Stephen C. Willey*
Stephen C. Willey, WSBA #24499
999 Third Avenue, Suite 600
Seattle, Washington 98104
206.749.0500 (phone)
swilley@fennemorelaw.com

JONES DAY

Geoffrey J. Ritts (*pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
216.586.3939 (phone)
gjritts@jonesday.com

Marjorie P. Duffy (*pro hac vice*)
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
614.469.3939 (phone)
mpduffy@jonesday.com

*Attorneys for Defendants Monolithic Power Systems, Inc., Michael Hsing, and Bernie Blegen*

[PROPOSED] ORDER GRANTING
DEFS.' REQUEST FOR JUDICIAL
NOTICE AND NOTICE OF
INCORPORATION BY
REFERENCE (2:25-cv-00220-JLR)

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500