The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATERFORD TOWNSHIP GENERAL
EMPLOYEES RETIREMENT SYSTEM, on
Behalf of Itself and All Others Similarly
Situated,

Plaintiff,

v.

MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL HSING, and BERNIE BLEGEN,

Defendants.

Case No. 2:25-cv-00220-JLR

DECLARATION OF MARJORIE P.
DUFFY IN SUPPORT OF
DEFENDANTS' REQUEST FOR
JUDICIAL NOTICE AND NOTICE OF
INCORPORATION BY REFERENCE IN
SUPPORT OF DEFENDANTS' MOTION
TO DISMISS THE FIRST AMENDED
COMPLAINT

DECLARATION IN SUPPORT OF
DEFS.' REQUEST FOR JUDICIAL
NOTICE AND NOTICE OF
INCORPORATION BY
REFERENCE (2:25-cv-00220-JLR)

-

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500

I, Marjorie P. Duffy, hereby declare as follows:

1.  I am a partner in the law firm of Jones Day, counsel for defendants Monolithic Power Systems, Inc. ("MPS"), Michael Hsing, and T. Bernie Blegen in the above-captioned action.  I am admitted *pro hac vice* before this Court in this action.

2.  I respectfully submit this declaration in support of the Defendants' Request for Judicial Notice and Notice of Incorporation by Reference in support of their motion to dismiss the First Amended Complaint.

3.  Attached as **Exhibit 1** is a true and correct copy of the transcript of MPS's fourth quarter 2023 earnings call on February 7, 2024.

4.  Attached as **Exhibit 2** is a true and correct copy of the transcript of MPS's first quarter 2024 earnings call on May 1, 2024.

5.  Attached as **Exhibit 3** is a true and correct copy of the transcript of MPS's second quarter 2024 earnings call on August 1, 2024.

6.  Attached as **Exhibit 4** is a true and correct copy of the transcript of MPS's third quarter 2024 earnings call on October 30, 2024.

7.  Attached as **Exhibit 5** is a true and correct copy of Edgewater Research report dated November 11, 2024.

8.  Attached as **Exhibit 6** is a true and correct copy of the Form 4 reflecting Mr. Hsing's sales of shares of MPS stock on March 1, 2024, filed with the Securities and Exchange Commission ("SEC") on March 4, 2024.

9.  Attached as **Exhibit 7** is a true and correct copy of the Form 4 reflecting Mr. Hsing's sales of shares of MPS stock on April 1, 2024, filed with the SEC on April 3, 2024.

10.  Attached as **Exhibit 8** is a true and correct copy of the Form 4 reflecting Mr. Hsing's sales of shares of MPS stock on May 1, 2024, filed with the SEC on May 3, 2024.

DECLARATION IN SUPPORT OF
DEFS.' REQUEST FOR JUDICIAL
NOTICE AND NOTICE OF
INCORPORATION BY
REFERENCE (2:25-cv-00220-JLR)

- 1 -

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500

11.     Attached as **Exhibit 9** is a true and correct copy of the Form 4 reflecting Mr. Hsing's sales of shares of MPS stock on June 3, 2024, filed with the SEC on June 5, 2024.

12.     Attached as **Exhibit 10** is a true and correct copy of the Form 4 reflecting Mr. Hsing's sales of shares of MPS stock on July 1, 2024, filed with the SEC on July 2, 2024.

13.     Attached as **Exhibit 11** is a true and correct copy of the Form 4 reflecting Mr. Hsing's sales of shares of MPS stock on August 9, 2024, filed with the SEC on August 13, 2024.

14.     Attached as **Exhibit 12** is a true and correct copy of the Form 4 reflecting Mr. Blegen's sales of shares of MPS stock on March 1, 2024, filed with the SEC on March 4, 2024.

15.     Attached as **Exhibit 13** is a true and correct copy of the Form 4 reflecting Mr. Blegen's sales of shares of MPS stock on April 1, 2024, filed with the SEC on April 3, 2024.

16.     Attached as **Exhibit 14** is a true and correct copy of the Form 4 reflecting Mr. Blegen's sales of shares of MPS stock on May 1, 2024, filed with the SEC on May 3, 2024.

17.     Attached as **Exhibit 15** is a true and correct copy of the Form 4 reflecting Mr. Blegen's sales of shares of MPS stock on June 3, 2024, filed with the SEC on June 5, 2024.

18.     Attached as **Exhibit 16** is a true and correct copy of the Form 4 reflecting Mr. Blegen's sales of shares of MPS stock on July 1, 2024, filed with the SEC on July 2, 2024.

19.     Attached as **Exhibit 17** is a true and correct copy of the Form 4 reflecting Mr. Blegen's sales of shares of MPS stock on August 1, 2024, filed with the SEC on August 2, 2024.

20.     Attached as **Exhibit 18** is a true and correct copy of the Form 4 reflecting Mr. Blegen's sales of shares of MPS stock on September 3, 2024, filed with the SEC on September 3, 2024.

21.     Attached as **Exhibit 19** is a true and correct copy of the Form 4 reflecting Mr. Blegen's sales of shares of MPS stock on October 1, 2024, filed with the SEC on October 2, 2024.

DECLARATION IN SUPPORT OF
DEFS.' REQUEST FOR JUDICIAL
NOTICE AND NOTICE OF
INCORPORATION BY
REFERENCE (2:25-cv-00220-JLR)                                    - 2 -                    FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500

22.    Attached as **Exhibit 20** is a true and correct copy of the Form 4 reflecting Mr. Blegen's sales of shares of MPS stock on November 1, 2024, filed with the SEC on November 5, 2024.

23.    Attached as **Exhibit 21** is a true and correct copy of an excerpt of MPS's third quarter 2023 report on Form 10-Q, filed with the SEC on November 8, 2023.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in Columbus, Ohio on this 13th day of January, 2026.

*s/ Marjorie P. Duffy*
Marjorie P. Duffy

DECLARATION IN SUPPORT OF            - 3 -            FENNEMORE CRAIG P.C.
DEFS.' REQUEST FOR JUDICIAL                             999 Third Avenue, Suite 600
NOTICE AND NOTICE OF                                    Seattle, WA 98104 | 206.749.0500
INCORPORATION BY
REFERENCE (2:25-cv-00220-JLR)

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that, on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

Executed on January 13, 2026.

s/ Marjorie P. Duffy
Marjorie P. Duffy (*pro hac vice*)

DECLARATION IN SUPPORT OF
DEFS.' REQUEST FOR JUDICIAL
NOTICE AND NOTICE OF
INCORPORATION BY
REFERENCE (2:25-cv-00220-JLR)

- 4 -

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500