# EXHIBIT 5

**EDGEWATER** RESEARCH

November 11, 2024

# MONOLITHIC POWER (MPWR: $761.30– NEUTRAL)

*Important disclosures can be found in the appendix.*

## MPWR: Blackwell Allocation at Risk as Renesas and IFX Poised to Capture Majority Share

### Key Points

1. Performance issues with MPWR's VRM/PMIC appear likely to severely limit or eliminate MPWR's allocation in Blackwell, with Renesas taking over B200 and IFX assuming GB200 allocation as both are seen receiving rush orders in recent weeks.
2. The root cause of MPWR's PMIC issue remains unclear; feedback suggests it may be tied to a product failure identified in Hopper earlier this year, now increasingly evident in Blackwell SKUs with power consumption above 700W. This suggests limited or no MPWR allocation for B200 (1000W) and GB200 (1200W) SKUs, with MPWR potentially shipping only for B300A (700W).
3. Note, feedback in our work earlier this year suggests that several supply chain participants, including hyperscalers, viewed MPWR's solution to the Hopper issue as more as a stopgap measure rather than a true resolution of the root cause.
4. Renesas is seen as well-positioned to support increased demand for Blackwell, given that the VRM design is essentially the same as in Hopper, with Renesas fully qualified and shipping at volume for Hopper in 4Q. IFX, while reportedly working through some firmware adjustments, is also expected to take on a larger Blackwell allocation than initially anticipated.
5. MPWR is expected to continue shipping for Hopper, with NVDA planning to honor committed orders near term, while cutting non-confirmed backlog to MPWR. Renesas is seen as potentially growing its Hopper allocation to 50% in 1H, from ~15% in 4Q24.

### *Industry feedback:*

1. *Over the last few weeks, there has been a major change in the PMIC that goes on Blackwell GPUs. NVDA is finding serious limitations with MPWR's PMIC for GPUs with power consumption above 700W. As a result, rush orders have been placed by NVDA and its ODM partners to IFX for GB200 and Renesas for B200. The issue is causing some delays as IFX needs to work through some updates to its driver/firmware.*
2. *NVDA ODMs are telling us that IFX is going to completely replace MPWR for the VRM in GB200 modules and Renesas is going to replace MPWR for the HGX B200 (SXM) SKUs.*
3. *We hear that MPWR could be out from Blackwell. Apparently, there is an issue with their PMIC performance that goes back to the original issue MPWR had with Hopper. It is believed that this is some sort of a design issue.*
4. *MPWR will stay on Hopper. We hear NVDA will go through their confirmed orders to MPWR for the next few quarters, but we hear NVDA has canceled half of MPWR's backlog, cutting all of their unconfirmed orders. It appears that Renesas may see its Hopper allocation grow to 50% in 1Q or 2Q25, vs ~15% in 4Q24. We are not aware of plans for IFX to be qualified for Hopper.*
5. *It sounds like NVDA Engineering has lost confidence in MPWR and they have decided to focus on Renesas and IFX as their two primary suppliers. Renesas already has initial volume shipments for Hopper, so it appears that NVDA has grown more confident with them.*
6. *We don't think Renesas will have problems with supporting the upside in Blackwell as the PMIC/VRM is essentially the same for Blackwell and Hopper. Renesas is fully qualified and already shipping in volume in 4Q.*
7. *For B200 it appears that Renesas could get 100% of the share but that may change through 2025 if IFX gets qualified as well.*
8. *IFX is qualified for Blackwell, but we think they are not yet through the safe launch. We think IFX has some kinks to work through, but we are not aware of major issues preventing IFX from addressing upside demand once all the kinks are ironed.*

### Conclusion

The latest feedback in our work points to a significant shift in MPWR's positioning at NVDA, with the company potentially losing a majority share in Blackwell and facing additional share erosion in Hopper in 2025 due to (renewed) performance issues with MPWR's PMIC/VRM. We view this as creating a substantial downside risk for MPWR's Enterprise Data segment in 2025, and a material risk to the stock given heightened investor focus on MPWR's AI performance, which currently overshadows the company's strong results in other segments. While we are increasingly cautious, we refrain from adjusting our rating at this time, considering: 1) the ongoing volatility and frequent shifts in NVDA data points and directions, and 2) the precedent set earlier this year, when MPWR was able to avoid a material share losses in Hopper. We will continue to monitor and seek further confirmation on these developments, including insights from this week's Electronica trade show in Germany.

**Nik Todorov**
Todorov@EdgewaterRC.com
(216) 206-6103

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277



# APPENDIX

**Companies Mentioned**
MONOLITHIC POWER (MPWR: $761.30 – NEUTRAL)
NVIDIA CORP (NVDA: $147.63 – NEUTRAL)
INFINEON TECHNOLOGIES AG (IFX: €28.79 – NOT RATED)

*Important Disclosures*
*Outperform*: The stock's return is expected to exceed the market due to superior fundamentals and positive catalysts.
*Neutral*: The stock is expected to be in line with the market due to full valuation and/or lack of catalysts.
*Underperform*: The stock's total return is expected to underperform the market due to weak fundamentals and a lack of catalysts.
*Valuation & Risk*: Price targets are established by various valuation methods. Price targets are not established for every stock. The effectiveness of the price target may be affected by various outside factors.
I, Nik Todorov, Kevin Rottinghaus, Sean Muir, Dennis Reed, and John Spohn, hereby certify that the views expressed in this research report accurately reflect my personal viewsabout any or all of the subject securities referred to in this research report. I certify that no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report. The analyst(s) responsible for the preparation of this report have no ownership stake in this company. Edgewater Research Company provides no investment banking services on this or any company.
Proprietary research and information contained within which forms the basis for findings or opinions expressed by Edgewater Research Company may be used by Edgewater Research Company for other purposes in the course of compensated consulting and other services rendered to third parties.
The information transmitted by this email is intended solely for the person or entity to which it is addressed. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and remove the material from all computers.

**Nik Todorov**
Todorov@EdgewaterRC.com
(216) 206-6103

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277