# EXHIBIT 15

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| BLEGEN THEODORE | MONOLITHIC POWER SYSTEMS INC [ MPWR ] | Director    10% Owner |
| (Last) (First) (Middle) | | X   Officer (give title below)    Other (specify below) |
| 5808 LAKE WASHINGTON BLVD NE | 3. Date of Earliest Transaction (Month/Day/Year) 06/03/2024 | EVP and CFO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| KIRKLAND   WA   98033 | | X   Form filed by One Reporting Person |
| (City) (State) (Zip) | |    Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/03/2024 | | S | | 96 | D | $716.84 | 74,890 | D | |
| Common Stock | 06/03/2024 | | S | | 60 | D | $717.35[1] | 74,830 | D | |
| Common Stock | 06/03/2024 | | S | | 72 | D | $719.6 | 74,758 | D | |
| Common Stock | 06/03/2024 | | S | | 14 | D | $720.26 | 74,744 | D | |
| Common Stock | 06/03/2024 | | S | | 16 | D | $721.39[2] | 74,728 | D | |
| Common Stock | 06/03/2024 | | S | | 179 | D | $722.26[3] | 74,549 | D | |
| Common Stock | 06/03/2024 | | S | | 141 | D | $723.48[4] | 74,408 | D | |
| Common Stock | 06/03/2024 | | S | | 192 | D | $725.42[5] | 74,216 | D | |
| Common Stock | 06/03/2024 | | S | | 80 | D | $731.74 | 74,136 | D | |
| Common Stock | 06/03/2024 | | S | | 178 | D | $732.54[6] | 73,958 | D | |
| Common Stock | 06/03/2024 | | S | | 363 | D | $733.61[7] | 73,595 | D | |
| Common Stock | 06/03/2024 | | S | | 160 | D | $734.42[8] | 73,435 | D | |
| Common Stock | 06/03/2024 | | S | | 276 | D | $735.47[9] | 73,159 | D | |
| Common Stock | 06/03/2024 | | S | | 236 | D | $736.09[10] | 72,923 | D | |
| Common Stock | 06/03/2024 | | S | | 99 | D | $737.95 | 72,824 | D | |
| Common Stock | 06/03/2024 | | S | | 84 | D | $738.43 | 72,740 | D | |
| Common Stock | 06/10/2024 | | S | | 84 | D | $741.66[11] | 72,656 | D | |
| Common Stock | 06/03/2024 | | S | | 22 | D | $744.43[12] | 72,634 | D | |
| Common Stock | 06/03/2024 | | S | | 82 | D | $745.11 | 72,552 | D | |
| Common Stock | 06/03/2024 | | S | | 66 | D | $746.35 | 72,486 | D | |

SEC FORM 4

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | | 5,331 | I | Irrevocable Trust FBO Theodore F. Blegen |
| Common Stock | | | | | | | | 5,331 | I | Irrevocable Trust FBO Sarah N. Blegen |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $717.12 to $717.63. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

2. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $721.37 to $721.39. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

3. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $722.10 to $722.82. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

4. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $723.15 to $723.94. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

5. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $725.05 to $725.79. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

6. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $732.51 to $732.58. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

7. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $733.32 to $733.95. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

8. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $734.24 to $734.70. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

9. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $735.28 to $735.82. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

10. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $736.01 to $736.21. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

11. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $741.57 to $741.90. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

12. The price is the weighted average sale price for the transactions reported on this line. The prices for the transactions reported on this line range from $744.41 to $744.45. The reporting person undertakes to provide, upon request by the staff of the Securities and Exchange Commission, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

**Remarks:**

| | |
|---|---|
| /s/ Saria Tseng, attorney-in-fact for Mr. Bernie Blegen | 06/05/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Case 2:25-cv-00220-JLR    Document 48-15    Filed 01/13/26    Page 4 of 4

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**