# EXHIBIT 21

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q**

**(Mark One)**

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2023**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 000-51026**

**Monolithic Power Systems, Inc.**
(Exact name of registrant
as specified in its charter)

| **Delaware** | **77-0466789** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5808 Lake Washington Blvd. NE, Kirkland, Washington 98033**
(Address of principal executive offices)(Zip Code)

**(425) 296-9956**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | MPWR | The NASDAQ Global Select Market |

1

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ |
| Smaller reporting company ☐ | Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

There were 47,912,000 shares of the registrant's common stock issued and outstanding as of November 1, 2023.

2

**MONOLITHIC POWER SYSTEMS, INC.**

**Form 10-Q**
**For the Quarter Ended September 30, 2023**

**TABLE OF CONTENTS**

|  |  | **PAGE** |
|---|---|---|
| **PART I. FINANCIAL INFORMATION** |  | 4 |
| Item 1. | Financial Statements (unaudited) | 4 |
|  | Condensed Consolidated Balance Sheets | 4 |
|  | Condensed Consolidated Statements of Operations | 5 |
|  | Condensed Consolidated Statements of Comprehensive Income | 6 |
|  | Condensed Consolidated Statements of Stockholders' Equity | 7 |
|  | Condensed Consolidated Statements of Cash Flows | 8 |
|  | Notes to Condensed Consolidated Financial Statements | 9 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 26 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 34 |
| Item 4. | Controls and Procedures | 34 |
|  |  |  |
| **PART II. OTHER INFORMATION** |  | 35 |
| Item 1. | Legal Proceedings | 35 |
| Item 1A. | Risk Factors | 35 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 55 |
| Item 3. | Defaults Upon Senior Securities | 55 |
| Item 4. | Mine Safety Disclosures | 55 |
| Item 5. | Other Information | 55 |
| Item 6. | Exhibits | 56 |

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

Not applicable.

**Item 3. Defaults Upon Senior Securities**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

Certain of our executive officers have entered into trading plans pursuant to Rule 10b5-1(c) of the Securities Exchange Act of 1934, as amended. A trading plan is a written document that pre-establishes the amounts, prices and dates (or formula for determining the amounts, prices and dates) of future purchases or sales of our common stock, including the exercise and sale of shares acquired pursuant to the 2004 ESPP, and upon vesting of RSUs.

The following table summarizes the adoption of trading plans intended to satisfy the affirmative defense conditions of Rule 10b5-1(c) during the three months ended September 30, 2023:

| Name and Title | Adoption Date | Plan Duration | Intended Sale Amount (in shares) |
|---|---|---|---|
| Michael Hsing, President, Chief Executive Officer and Director | August 23, 2023 | Through December 31, 2024 | Up to 96,000 |
| Maurice Sciammas, Senior Vice President of Worldwide Sales and Marketing | August 30, 2023 | Through December 31, 2024 | Up to 44,000 |
| Deming Xiao, President of Asia Operations | August 31, 2023 | Through December 31, 2024 | Up to 138,180 |
| Bernie Blegen, Executive Vice President and Chief Financial Officer | August 18, 2023 | Through August 15, 2025 | Up to 52,500 |

During the three months ended September 30, 2023, no pre-existing trading plans intended to satisfy the affirmative defense conditions of Rule 10b5-1(c) were modified or terminated, and no other written trading arrangements that are not intended to qualify for the Rule 10b5-1(c) affirmative defense were adopted, modified, or terminated.

55

**MONOLITHIC POWER SYSTEMS, INC**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

MONOLITHIC POWER SYSTEMS, INC.

Dated: November 8, 2023

By:     /s/ T. Bernie Blegen
        T. Bernie Blegen
        Chief Financial Officer
        (Duly Authorized Officer and Principal
        Financial and Accounting Officer)

57