The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

MONOLITHIC POWER SYSTEMS, INC., MICHAEL HSING, and BERNIE BLEGEN,

Defendants.

Case No. 2:25-cv-00220-JLR

**JOINT MOTION AND STIPULATION REGARDING DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

Plaintiff Mirko Dardi ("Plaintiff") and Defendants Monolithic Power Systems, Inc., Michael Hsing, and Bernie Blegen (collectively, "Defendants," and, together with Plaintiff, the "Parties"), through their counsel of record, submit this Joint Motion and Stipulation with an accompanying proposed order to extend Defendants' deadline for filing an answer to the First Amended Complaint for Violations of the Federal Securities Laws (the "Complaint").

1.      On May 6, 2026, this Court entered an order granting in part and denying in part Defendants' motion to dismiss the Complaint;

2.      Defendants require additional time to answer the Complaint, which contains 174 paragraphs, and seek a modest extension of 28 additional days to answer the Complaint;

JOINT MOTION AND STIPULATION
FOR DEFS.' ANSWER TO
COMPLAINT
(2:25-cv-00220-JLR)

- 1 -

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 |
206.749.0500

3.    The Parties have met and conferred and have agreed to extend the deadline for Defendants to file an answer to the Complaint.

NOW, THEREFORE, THE PARTIES HEREBY MOVE, through their respective counsel, for a scheduling Order that provides that Defendants' answer to the Complaint shall be filed on or before June 17, 2026.

IT IS SO STIPULATED.

The Parties have submitted a proposed order for the Court's consideration.

Dated:  May 15, 2026

Respectfully submitted,

FENNEMORE CRAIG P.C.


/s/ Stephen C. Willey
Stephen C. Willey, WSBA #24499
999 Third Avenue, Suite 600
Seattle, Washington 98104
206.749.0500 (phone)
swilley@fennemorelaw.com

JONES DAY

Geoffrey J. Ritts (*pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
216.586.3939 (phone)
gjritts@jonesday.com

Marjorie P. Duffy (*pro hac vice*)
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
614.469.3939 (phone)
mpduffy@jonesday.com

*Attorneys for Defendants Monolithic Power Systems, Inc., Michael Hsing, and Bernie Blegen*

JOINT MOTION AND STIPULATION
FOR DEFS.' ANSWER TO
COMPLAINT
(2:25-cv-00220-JLR)

- 2 -

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500

Dated:  May 15, 2026

Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  */s/ Kim D. Stephens (with permission)*
Kim D. Stephens, P.S., WSBA #11984
kstephens@tousley.com
Rebecca L. Solomon, WSBA #51520
rsolomon@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone:  206.682.5600/Fax: 206.682.2992

By:  */s/ Jeffrey C. Block (with permission)*
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Brendan T. Jarboe (*pro hac vice*)
Zoe van Vlaanderen (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
brendan@blockleviton.com
zoe@blockleviton.com

*Attorneys for Lead Plaintiff Mirko Dardi*

JOINT MOTION AND STIPULATION
FOR DEFS.' ANSWER TO
COMPLAINT
(2:25-cv-00220-JLR)

- 3 -

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that, on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

Executed on May 15, 2026.

/s/ Marjorie P. Duffy
Marjorie P. Duffy (*pro hac vice*)

JOINT MOTION AND STIPULATION
FOR DEFS.' ANSWER TO
COMPLAINT
(2:25-cv-00220-JLR)

- 4 -

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATERFORD TOWNSHIP GENERAL
EMPLOYEES RETIREMENT SYSTEM, on
Behalf of Itself and All Others Similarly
Situated,

           Plaintiff,

   v.

MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL HSING, and BERNIE BLEGEN,

           Defendants.

Case No. 2:25-cv-00220-JLR

~~[PROPOSED]~~ **ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

~~[PROPOSED]~~ ORDER GRANTING
JOINT MOTION AND STIPULATION
FOR DEFS.' ANSWER TO
COMPLAINT
(2:25-cv-00220-JLR)

- 1 -

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 |
206.749.0500

Before the Court is the Parties' Joint Motion and Stipulation Regarding Defendants' answer to the First Amended Complaint for Violations of the Federal Securities Laws (the "Complaint").  Having reviewed the Joint Motion and Stipulation and finding good cause, the Court GRANTS the Joint Motion.  It is therefore ORDERED that Defendants' answer to the Complaint shall be filed on or before June 17, 2026.

IT IS SO ORDERED.

Dated this __15th__ day of ____May____, 2026.

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING              - 2 -              FENNEMORE CRAIG P.C.
JOINT MOTION AND STIPULATION                              999 Third Avenue, Suite 600
FOR DEFS.' ANSWER TO                                      Seattle, WA 98104 | 206.749.0500
COMPLAINT
(2:25-cv-00220-JLR)