THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATERFORD TOWNSHIP GENERAL
EMPLOYEES RETIREMENT SYSTEM, on
Behalf of Itself and All Others Similarly
Situated,

Plaintiff,

vs.

MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL HSING, and BERNIE BLEGEN,

Defendants.

NO. 2:25-cv-00220-JLR

[PROPOSED] ORDER REGARDING
SCHEDULING

ORDER REGARDING SCHEDULING
NO. 2:25-CV-00220-JLR - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Pursuant to the Joint Stipulation submitted by Lead Plaintiff Mirko Dardi and Defendants Monolithic Power Systems, Inc. Michael Hsing, and Bernie Blegin ("Defendants," and with Lead Plaintiff the "Parties"), and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1.   Any additional parties shall be joined on or before June 15, 2026.

2.   The Parties shall exchange initial disclosures on or before June 17, 2026.

3.   The Parties shall submit a joint status report per Local Rule 16(a)(2) on or before June 26, 2026.

4.   The Parties shall substantially complete the production of documents relating to class certification on a date to be determined by the Parties following agreement on the scope of document productions, but no later than August 14, 2026.

5.   Lead Plaintiff shall file a motion for class certification on or before September 4, 2026.

6.   Defendants shall respond to any motion for class certification on or before November 4, 2026.

7.   Plaintiff shall file any reply in support of class certification on or before December 4, 2026.

8.   Any sur-reply by Defendants in opposition to Lead Plaintiff's motion for class certificiation will be filed on or before January 8, 2027, but a sur-reply will only be filed if and to the extent Defendants raise a price impact argument against the application of the *Basic* presumption as to which Defendants bear the burden of proof. Lead Plaintiff may file a responsive brief of no more than 10-pages within 10 business days of Defendants' sur-reply but only if and to the extent needed to address any non-price impact arguments raised in any such sur-reply.

9.   ~~Any motion to amend the pleadings shall be filed on or before Feberuary 26, 2027.~~

10.  ~~The Parties shall complete all fact discovery by April 30, 2027.~~

11.  ~~The Parties shall exchange affirmative expert reports on or before June 30, 2027.~~

ORDER REGARDING SCHEDULING
No. 2:25-CV-00220-JLR - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

12.     ~~The Parties shall confer and determine a mutually agreeable deadline for the exchange of rebuttal expert reports following the disclosure of affirmative expert testimony under Fed. R. Civ. P. 26(a)(2).~~

13.     ~~The Parties shall complete all expert discovery within 60 days of the exchange of rebuttal expert reports.~~

14.     The court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification.  Counsel for Lead Plaintiff shall inform the court immediately should Lead Plaintiff at any time decide not to seek class certification.

**IT IS SO ORDERED.**

Dated: May 20, 2026

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

By:  */s/Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone:  206.682.5600/Fax: 206.682.2992
kstephens@tousley.com
rsolomon@tousley.com

By:  */s/ Jeffrey C. Block*
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Brendan T. Jarboe (*pro hac vice*)
Zoe van Vlaanderen (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
brendan@blockleviton.com

ORDER REGARDING SCHEDULING
NO. 2:25-CV-00220-JLR - 3

zoe@blockleviton.com

*Attorneys for Lead Plaintiff Mirko Dardi*

By: */s/ Stephen C. Wiley*
**FENNEMORE CRAIG, P.C.**
Stephen C. Wiley, WSBA #24400
999 Third Avenue, Suite 600
Seattle, Washington 98104
206.749.0500 (phone)
swilley@fennemorelaw.com


By: */s/ Marjorie P. Duffy*
**JONES DAY**
Geoffrey J. Ritts (*pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
216.586.3939 (phone)
gjritts@jonesday.com

Marjorie P. Duffy (*pro hac vice*)
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
614.469.3939 (phone)
mpduffy@jonesday.com

*Attorneys for Defendants Monolithic*
*Power Systems, Inc., Michael Hsing, and*
*Bernie Blegen*

ORDER REGARDING SCHEDULING
NO. 2:25-CV-00220-JLR - 4