The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>MONOLITHIC POWER SYSTEMS, INC., MICHAEL HSING, and BERNIE BLEGEN,<br><br>          Defendants. | Case No. 2:25-cv-00220-JLR<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO SEAL** |

[~~PROPOSED~~] ORDER GRANTING
DEFS.' STIPULATED MOT. TO
SEAL (2:25-cv-00220-JLR)

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500

Defendants Monolithic Power Systems, Inc., Michael Hsing, and T. Bernie Blegen filed a Stipulated Motion to Seal in the above-captioned action (the "Motion").  After full consideration of the papers submitted and arguments of counsel, if any, as well as all other matters presented to the Court,

IT IS HEREBY ORDERED as follows:

The Court finds there are compelling reasons to seal the requested exhibits and GRANTS Defendants' Motion.  The exhibits at issue contain sensitive, nonpublic details about employee compensation.  The unredacted Exhibits B through E and G through J to Defendants' Answer, and certain portions of Defendants' Answer concerning them, shall remain under seal.

Dated this 18th day of June, 2026.

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

//
//
//
//
//
//
//

[PROPOSED] ORDER GRANTING          - 1 -          FENNEMORE CRAIG P.C.
DEFS.' STIPULATED MOT. TO                         999 Third Avenue, Suite 600
SEAL (2:25-cv-00220-JLR)                          Seattle, WA 98104 | 206.749.0500

Presented by:

FENNEMORE CRAIG P.C.

*s/ Stephen C. Willey*

Stephen C. Willey, WSBA #24499
999 Third Avenue, Suite 600
Seattle, Washington 98104
206.749.0500 (phone)
swilley@fennemorelaw.com

JONES DAY

Geoffrey J. Ritts (*pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
216.586.3939 (phone)
gjritts@jonesday.com

Marjorie P. Duffy (*pro hac vice*)
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
614.469.3939 (phone)
mpduffy@jonesday.com

*Attorneys for Defendants Monolithic Power Systems, Inc., Michael Hsing, and Bernie Blegen*

[PROPOSED] ORDER GRANTING
DEFS.' STIPULATED MOT. TO
SEAL (2:25-cv-00220-JLR)

- 2 -

FENNEMORE CRAIG P.C.
999 Third Avenue, Suite 600
Seattle, WA 98104 | 206.749.0500