The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

WATERFORD TOWNSHIP GENERAL
EMPLOYEES RETIREMENT SYSTEM, on
Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL HSING, and BERNIE BLEGIN,

Defendants.

Case No. 2:25-cv-00220-JLR

**[PROPOSED] ORDER GRANTING
LEAD PLAINTIFF'S MOTION TO
SEAL**

Upon Plaintiff's motion to file Exhibit A to the Declaration of Mirko Dardi under seal, and being otherwise duly advised, it is hereby ORDERED that the motion is ALLOWED and the exhibit shall be filed under seal.

**IT IS SO ORDERED**

DATED this 15th day of July, 2026.

_____
Honorable James L. Robart
UNITED STAETS DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL
Case No. 2:25-cv-00220-JLR- 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Presented by:

By: s/ *Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone: 206.682.5600/Fax: 206.682.2992
kstephens@tousley.com
rsolomon@tousley.com

Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Brendan T. Jarboe (*pro hac vice*)
Zoe van Vlaanderen (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
Telephone: 617.398.5600
jeff@blockleviton.com
jake@blockleviton.com
brendan@blockleviton.com
zoe@blockleviton.com

***Attorneys for Lead Plaintiff Mirko Dardi***

ORDER GRANTING MOTION TO SEAL
Case No. 2:25-cv-00220-JLR- 2